**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hartford Life and Accident Ins. Co., | No. CV 13-1144-PHX-BSB |
| Plaintiff, | |
| vs. | **MEMORANDUM OF DECISION AND ORDER** |
| Gomez et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Renewed Motion for Entry of Default Judgment. (Doc. 27.) This interpleader action was assigned to Magistrate Judge Bade and Plaintiff consented to Magistrate Judge jurisdiction. (Docs. 3, 5.) Because Defendant Lizeth Gomez has neither appeared nor consented to Magistrate Judge jurisdiction, Magistrate Judge Bade filed a Report and Recommendation with this Court on November 25, 2013. (Doc. 33.) To date, no objections have been filed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).

Having reviewed the Report and Recommendation of Magistrate Judge Bade, to which there have been no objections by any party, the Court hereby incorporates and adopts Magistrate Judge Bade's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Doc. 33.)

**IT IS FURTHER ORDERED granting** Plaintiff's Renewed Motion for Entry of Default Judgment Against Defendant Lizeth Gomez. (Doc. 27.)

**IT IS FURTHER ORDERED** that Lizeth Gomez, her attorneys, her agents, and her assigns are permanently enjoined from initiating proceedings against Hartford in connection with the accidental death and dismemberment benefit at issue in this interpleader action.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over this matter in order to enforce the injunctive relief.

DATED this 3rd day of January, 2014.

Stephen M. McNamee
Senior United States District Judge